**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

OLLIE LEE EVANS                                          PETITIONER

vs.                                          Civil Action No. 4:11-cv-57 HTW-LRA

JOHNNIE DENMARK                                          RESPONDENT


## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation.  Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court.


**SO ORDERED, this the 27th day of January, 2012.**


**s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE**